

USPS CERTIFIED MAIL

9214 8901 0764 3220 3701 76

ROBERT T HINCKS
419 SHAKER RD
GRAY, ME 04039

EXHIBIT

F



00311310000120010400

 **SELECT** *Portfolio* **SERVICING,** *inc.*

 Sign up for paperless delivery at www.spservicing.com

Paperless

August 25, 2025

ROBERT T HINCKS
419 SHAKER RD
GRAY, ME 04039

**Account Number:**
**Property Address:** 419 SHAKER RD
GRAY, ME 04039

### <u>PLEASE READ THIS NOTICE CAREFULLY.  TAKE ACTION TO AVOID THE LOSS OF YOUR PROPERTY.</u>

### NOTICE OF DEFAULT - RIGHT TO CURE

Dear Customer(s):

The mortgage loan on your property is in default as a result of your failure to make payments as required by the Note and Deed of Trust or Mortgage (Security Instrument). We have previously sent you letters and communications regarding this default in an attempt to resolve this matter. This letter provides information about the default and what rights you have to cure the default. Select Portfolio Servicing, Inc. (SPS) services your mortgage loan and has been instructed on behalf of the holder of the promissory note to pursue remedies under the Security Instrument unless you take action to cure the default before the Cure Date shown below. The Noteholder on your Loan is Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Angel Oak Mortgage Trust 2021-7, Mortgage-Backed Certificates, Series 2021-7 (c/o Select Portfolio Servicing, Inc., PO Box 65250 Salt Lake City, UT 84165-0250).

This letter provides notice of the following:

**The Default**
You have failed to make payments under the Note and Security Instrument as shown below. This letter is a formal demand for payment.

**Action Required to Cure the Default**
To cure this default, you must pay the Amount Required to Cure $16,852.50 on or before the Cure Date listed below.

**Amount Required to Cure the Default**
As of the date of this letter, the total amount due and required to cure the default on your loan is $16,852.50 (Amount Required to Cure) as itemized below:



| Itemization of Amount Required to Cure<br>Cure Date: 35 days from the date this notice is given. | |
|---|---:|
| Payments due for March 1, 2025<br><br>*Total amount due includes Escrow Payments (Taxes/Insurance) of $639.31* | $17,595.36 |
| Accrued Late Charges | $114.66 |
| Advances made on Customer's behalf | $120.00 |
| Escrow advance balance (Deficit) | $0.00 |
| **Total Amount Outstanding** | **$17,830.02** |
| Unapplied balance | $977.52 |
| **AMOUNT REQUIRED AS OF August 25, 2025 TO CURE THE DEFAULT** | **$    16,852.50** |

You have thirty-five (35) days from the date this notice is given to pay us the Amount Required to Cure. The amount required to cure the default shown above does not include any amounts that become due after the date of this notice. Additional payments may become due and fees and other charges may continue to be assessed to your account after the date of this letter pursuant to the terms of the Security Instrument. In addition, there may be other fees, escrow advances or corporate advances that SPS paid on your behalf or advanced to your account not itemized in this letter. While these amounts are not required to cure the payment default, you still owe these amounts. To obtain the amount required to bring the loan current, please contact SPS at our toll free number 800-635-9698. SPS is not waiving its right to demand that you pay these amounts at a later date. SPS's acceptance of one or more payments for less than the Amount Required to Cure shall not be deemed a waiver of any rights under the Security Instrument.

**Possible Consequences of Default**
If SPS does not receive the Amount Required to Cure by the Cure Date, or if some loss mitigation alternative to foreclosure has not started, SPS may initiate foreclosure and require immediate payment in full of the entire outstanding unpaid amount on the account. In other words, SPS may accelerate all payments owing and sums secured by the Security Instrument. If that happens, you may lose your home. A foreclosure will result in the involuntary loss of the property via sale to the lender or another person may acquire the property by means of foreclosure and sale, and you may be evicted. Once foreclosure is initiated, additional amounts for legal fees and costs may be incurred.  These sums can be significant. They may be added to amounts secured by the Security Instrument, and they may be required to be paid, to the extent permitted by law, if you wish to reinstate or satisfy the loan after foreclosure is initiated.

**Payment Options**
Please provide payments to the following address:

| Sent via US Mail to:<br>**Select Portfolio Servicing, Inc.**<br>**PO Box 65450 Salt Lake City, UT 84165-0450** | Sent via overnight courier to:<br>**Select Portfolio Servicing, Inc.**<br>**Attn: Remittance Processing**<br>**3217 S. Decker Lake Dr., Salt Lake City, UT 84119** |
|---|---|

Payments may be submitted in the following forms:
- (a)  Personal check (if your account has not been referred to a foreclosure attorney)
- (b)  Money order
- (c)  Bank wire (electronic funds transfer). Please contact SPS for the information necessary to complete a bank wire.
- (d)  Certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency.
- (e)  Western Union Quick Collect. Reference the loan number above and deliver to Code City: Oswald, Code State: UT.

In some circumstances, you may be able to submit a payment through EZ Pay by calling 800–258–8602 or visiting our website at **www.spservicing.com**. Please remember that EZ Pay payments clear quickly, and you must have the funds in your checking account on the day you ask us to process a payment. We will obtain your consent prior to initiating payment and will advise you of any fee for this service, which may be up to $15 for payments over the phone with an agent and up to $5 for payments online or through our automated phone system.

**You Have Options to Avoid Foreclosure!**
You may have options available other than foreclosure. You may discuss available options with SPS or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

SPS is committed to home retention and offers many customer assistance programs designed to help customers avoid foreclosure. These programs are offered at no cost to our customers and are designed to help preserve home ownership or prevent foreclosure through structured repayment plans, special payment arrangements, modifications, short settlements, and deed-in-lieu options, if you are eligible. If you would like to learn more about these programs, you should immediately contact an SPS representative at our toll-free number, 800-635-9698, or visit our website at www.spsservicing.com. Our representatives are available by phone Monday through Friday between the hours of 8 a.m. and 8 p.m., and Saturday from 8 a.m. to 3 p.m., Eastern Time.

**If we can reach an agreement to resolve your default, we will not proceed with and/or commence foreclosure, as long as you comply with the agreement and make required payments.**

You may request mediation to explore options for resolving the default if legal action is commenced.

**WARNING:** Be cautious when seeking financial assistance, a loan modification or any other agreement to cure or work out the default. Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance. You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

**Counseling**
HUD approved home ownership counseling may be available to you. You should call 800-569-4287 or TDD 800-877-8339, or go to HUD's website at www.hud.gov to find the HUD-approved housing counseling agency nearest you or review the attached list of housing counseling agencies within the State of Maine.

**Servicemembers Civil Relief Act (SCRA)**
SPS is committed to home ownership assistance for active servicemembers and veterans of the United States military. You may be entitled to certain protections under the federal Servicemembers Civil Relief Act (50 U.S.C. 3901 et seq.) regarding your interest rate and the risk of foreclosure if you are a servicemember or a dependent of a servicemember. Counseling for covered servicemembers is available at agencies such as Military OneSource (800-342-9647 or www.militaryonesource.mil) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil). Note: your state may have more expansive eligibility criteria than below.  Please contact us as soon as possible if you have any questions or believe you may be eligible.

Eligible service may include, but is not limited to:

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Space Force, Marine Corps and Coast Guard), or
- Reserve and National Guard personnel who have been activated and are on Federal active duty, or
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds, or
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration, or
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

Please send written notice of military service as soon as possible to:

Select Portfolio Servicing, Inc.
PO Box 65250 Salt Lake City, UT 84165-0250

If you have questions regarding eligibility and application requirements, please call us at 800-258-8602.



**Your Rights**

If you wish to dispute your delinquency or amount required to Cure the Default, you may do so by providing a written dispute to SPS at the following address:

Select Portfolio Servicing, Inc.
PO Box 65277 Salt Lake City, UT 84165-0277

You may call SPS at our toll free number 800-258-8602 to discuss your dispute. However, to protect your rights under federal law, you will need to provide written notice to SPS if you believe that your dispute is unresolved.

You also have the right to reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the Security Instrument; 3) pay all of noteholder's reasonable expenses in enforcing the Security Instrument including, for example, reasonable attorney's fees; and 4) do whatever noteholder reasonably requires to assure that noteholder's rights in the subject property, noteholder's rights under the Security Instrument, and your obligations under the note and Security Instrument remain unchanged.  If you meet these requirements, you will be restored to all rights under the Security Instrument as though the default had not occurred. Also, you will have the right to have the enforcement of the Security Instrument discontinued and to have the note and the Security Instrument remain fully effective as if immediate payment in full had never been required. You will have this right at any time before the earliest of; (a) five days before sale of the property under any power of sale granted by the Security Instrument; (b) another period as applicable law might specify for the termination of your right to have enforcement of the loan stopped; or (c) a judgment has been entered enforcing your Security Instrument. SPS requires that you pay reinstatement amounts in certified funds. Certified funds include a bank wire, cashier's bank check, attorney trust account check, title or escrow company check, or Western Union Quick Collect. Please contact SPS at 800-635-9698 for instructions on submitting these funds. If you reinstate, the Security Instrument shall remain fully effective as if no foreclosure action had started.

You have the right to take legal action to defend a foreclosure if you claim that the loan is not in default or if you believe that you have any other defense to the foreclosure.

**You have options to avoid foreclosure. THE TIME TO ACT IS NOW. Please call us at 800-635-9698.**

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

# HUD Housing Counseling Agencies located in MAINE

| AGENCY INFORMATION | COUNSELING SERVICES | LANGUAGES |
|---|---|---|
| **AVESTA HOUSING DEVELOPMENT CORPORATION**<br>Address: 307 Cumberland Avenue, Portland, Maine, 04101-4920<br>Phone: (207) 553-7777<br>Email:<br>Website: www.avestahousing.org<br>Agency ID: 81144<br>Counseling Method: Group Counseling, Internet Counseling, Other Counseling, Phone Counseling, Video Conference, Face to Face Counseling, | Mortgage Delinquency and Default Resolution Counseling<br>Pre-Purchase Counseling<br>Pre-Purchase Homebuyer Education Workshops<br>Financial Management/Budget Counseling<br>Rental Housing Counseling<br>Rental Housing Workshops<br>Non-Delinquency Post Purchase Workshops<br>Home Improvement and Rehabilitation Counseling | English |
| **COASTAL ENTERPRISES, INCORPORATED**<br>Address: 30 Federal Street, BRUNSWICK, Maine, 04011-1510<br>Phone: (207) 504-5900<br>Email: jason.thomas@ceimaine.org<br>Website: http://www.ceimaine.org<br>Agency ID: 80985<br>Counseling Method: Internet Counseling, Phone Counseling, Face to Face Counseling, | Mortgage Delinquency and Default Resolution Counseling<br>Pre-Purchase Counseling<br>Pre-Purchase Homebuyer Education Workshops<br>Financial Management/Budget Counseling<br>Fair Housing Pre-Purchase Education Workshops<br>Services for Homeless Counseling<br>Predatory Lending Education Workshops<br>Rental Housing Counseling<br>Reverse Mortgage Counseling<br>Non-Delinquency Post Purchase Workshops<br>Home Improvement and Rehabilitation Counseling | English<br>Spanish |
| **COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE**<br>Address: 17 Market Sq, South Paris, Maine, 04281-1533<br>Phone: (207) 333-6419<br>Email: homequest@community-concepts.org<br>Website: https://www.ccimaine.org/<br>Agency ID: 81580<br>Counseling Method: Group Counseling, Internet Counseling, Phone Counseling, Video Conference, Face to Face Counseling, | Mortgage Delinquency and Default Resolution Counseling<br>Pre-Purchase Counseling<br>Pre-Purchase Homebuyer Education Workshops<br>Financial Management/Budget Counseling<br>Financial, Budgeting, and Credit Workshops<br>Fair Housing Pre-Purchase Education Workshops<br>Rental Housing Counseling<br>Resolving/Preventing Mortgage Delinquency Workshops | English |
| **FOUR DIRECTIONS DEVELOPMENT CORPORATION**<br>Address: 20 Godfrey Dr, Orono, Maine, 04473-3610<br>Phone: (207) 866-6545<br>Email: rmaynard@fourdirectionsmaine.org<br>Website: http://www.fourdirections.org<br>Agency ID: 83879<br>Counseling Method: Group Counseling, Internet Counseling, Phone Counseling, Video Conference, Face to Face Counseling, | Pre-Purchase Counseling<br>Pre-Purchase Homebuyer Education Workshops<br>Financial Management/Budget Counseling<br>Financial, Budgeting, and Credit Workshops<br>Non-Delinquency Post Purchase Workshops<br>Home Improvement and Rehabilitation Counseling | English |
| **KENNEBEC VALLEY COMMUNITY ACTION PROGRAM**<br>Address: 101 Water St, Waterville, Maine, 04901-6339<br>Phone: (207) 859-1500<br>Email: housing@kvcap.org<br>Website: http://www.kvcap.org<br>Agency ID: 81685<br>Counseling Method: Internet Counseling, Phone Counseling, Face to Face Counseling, | Mortgage Delinquency and Default Resolution Counseling<br>Pre-Purchase Counseling<br>Pre-Purchase Homebuyer Education Workshops<br>Financial Management/Budget Counseling<br>Rental Housing Counseling<br>Non-Delinquency Post Purchase Workshops<br>Resolving/Preventing Mortgage Delinquency Workshops | English |
| **PENQUIS COMMUNITY ACTION PROGRAM**<br>Address: 262 Harlow St, Bangor, Maine, 04401-4952<br>Phone: (207) 973-3500<br>Email: info@penquis.org<br>Website: http://www.penquis.org<br>Agency ID: 81649<br>Counseling Method: Phone Counseling, | Mortgage Delinquency and Default Resolution Counseling<br>Pre-Purchase Counseling<br>Pre-Purchase Homebuyer Education Workshops<br>Financial, Budgeting, and Credit Workshops | English |
| **WALDO COMMUNITY ACTION PARTNERS**<br>Address: 9 Field St, Belfast, Maine, 04915-6661<br>Phone: (207) 338-6809 Ext: 1010<br>Email: htays@waldocap.org<br>Website: http://www.waldocap.org<br>Agency ID: 90778<br>Counseling Method: Group Counseling, Internet Counseling, Phone Counseling, Video Conference, Face to Face Counseling, | Mortgage Delinquency and Default Resolution Counseling<br>Pre-Purchase Counseling<br>Pre-Purchase Homebuyer Education Workshops<br>Rental Housing Counseling | English |

LR086 3969

0030615645

 

August 25, 2025

 ROBERT T HINCKS
419 SHAKER RD
GRAY, ME 04039

**Account Number:**
**Property Address:** 419 SHAKER RD
GRAY, ME 04039

### PLEASE READ THIS NOTICE CAREFULLY.  TAKE ACTION TO AVOID THE LOSS OF YOUR PROPERTY.

#### NOTICE OF DEFAULT - RIGHT TO CURE

Dear Customer(s):

The mortgage loan on your property is in default as a result of your failure to make payments as required by the Note and Deed of Trust or Mortgage (Security Instrument). We have previously sent you letters and communications regarding this default in an attempt to resolve this matter. This letter provides information about the default and what rights you have to cure the default. Select Portfolio Servicing, Inc. (SPS) services your mortgage loan and has been instructed on behalf of the holder of the promissory note to pursue remedies under the Security Instrument unless you take action to cure the default before the Cure Date shown below. The Noteholder on your Loan is Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Angel Oak Mortgage Trust 2021-7, Mortgage-Backed Certificates, Series 2021-7 (c/o Select Portfolio Servicing, Inc., PO Box 65250 Salt Lake City, UT 84165-0250).

This letter provides notice of the following:

**The Default**
You have failed to make payments under the Note and Security Instrument as shown below. This letter is a formal demand for payment.

**Action Required to Cure the Default**
To cure this default, you must pay the Amount Required to Cure $16,852.50 on or before the Cure Date listed below.

**Amount Required to Cure the Default**
As of the date of this letter, the total amount due and required to cure the default on your loan is $16,852.50 (Amount Required to Cure) as itemized below:

| Itemization of Amount Required to Cure<br>Cure Date: 35 days from the date this notice is given. | |
|---|---|
| Payments due for March 1, 2025<br><br>*Total amount due includes Escrow Payments (Taxes/Insurance) of $639.31* | $17,595.36 |
| Accrued Late Charges | $114.66 |
| Advances made on Customer's behalf | $120.00 |
| Escrow advance balance (Deficit) | $0.00 |
| **Total Amount Outstanding** | **$17,830.02** |
| Unapplied balance | $977.52 |
| **AMOUNT REQUIRED AS OF August 25, 2025 TO CURE THE DEFAULT** | **$         16,852.50** |

You have thirty-five (35) days from the date this notice is given to pay us the Amount Required to Cure. The amount required to cure the default shown above does not include any amounts that become due after the date of this notice. Additional payments may become due and fees and other charges may continue to be assessed to your account after the date of this letter pursuant to the terms of the Security Instrument. In addition, there may be other fees, escrow advances or corporate advances that SPS paid on your behalf or advanced to your account not itemized in this letter. While these amounts are not required to cure the payment default, you still owe these amounts. To obtain the amount required to bring the loan current, please contact SPS at our toll free number 800-635-9698. SPS is not waiving its right to demand that you pay these amounts at a later date. SPS's acceptance of one or more payments for less than the Amount Required to Cure shall not be deemed a waiver of any rights under the Security Instrument.

**Possible Consequences of Default**
If SPS does not receive the Amount Required to Cure by the Cure Date, or if some loss mitigation alternative to foreclosure has not started, SPS may initiate foreclosure and require immediate payment in full of the entire outstanding unpaid amount on the account. In other words, SPS may accelerate all payments owing and sums secured by the Security Instrument. If that happens, you may lose your home. A foreclosure will result in the involuntary loss of the property via sale to the lender or another person may acquire the property by means of foreclosure and sale, and you may be evicted. Once foreclosure is initiated, additional amounts for legal fees and costs may be incurred. These sums can be significant. They may be added to amounts secured by the Security Instrument, and they may be required to be paid, to the extent permitted by law, if you wish to reinstate or satisfy the loan after foreclosure is initiated.

**Payment Options**
Please provide payments to the following address:

| Sent via US Mail to:<br>**Select Portfolio Servicing, Inc.**<br>**PO Box 65450 Salt Lake City, UT 84165-0450** | Sent via overnight courier to:<br>**Select Portfolio Servicing, Inc.**<br>**Attn: Remittance Processing**<br>**3217 S. Decker Lake Dr., Salt Lake City, UT 84119** |
|---|---|

Payments may be submitted in the following forms:
   (a)    Personal check (if your account has not been referred to a foreclosure attorney)
   (b)    Money order
   (c)    Bank wire (electronic funds transfer). Please contact SPS for the information necessary to complete a bank wire.
   (d)    Certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency.
   (e)    Western Union Quick Collect. Reference the loan number above and deliver to Code City: Oswald, Code State: UT.

In some circumstances, you may be able to submit a payment through EZ Pay by calling 800–258–8602 or visiting our website at **www.spservicing.com**. Please remember that EZ Pay payments clear quickly, and you must have the funds in your checking account on the day you ask us to process a payment. We will obtain your consent prior to initiating payment and will advise you of any fee for this service, which may be up to $15 for payments over the phone with an agent and up to $5 for payments online or through our automated phone system.

**You Have Options to Avoid Foreclosure!**
You may have options available other than foreclosure. You may discuss available options with SPS or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

SPS is committed to home retention and offers many customer assistance programs designed to help customers avoid foreclosure. These programs are offered at no cost to our customers and are designed to help preserve home ownership or prevent foreclosure through structured repayment plans, special payment arrangements, modifications, short settlements, and deed-in-lieu options, if you are eligible. If you would like to learn more about these programs, you should immediately contact an SPS representative at our toll-free number, 800-635-9698, or visit our website at www.spsservicing.com. Our representatives are available by phone Monday through Friday between the hours of 8 a.m. and 8 p.m., and Saturday from 8 a.m. to 3 p.m., Eastern Time.

**If we can reach an agreement to resolve your default, we will not proceed with and/or commence foreclosure, as long as you comply with the agreement and make required payments.**

You may request mediation to explore options for resolving the default if legal action is commenced.

**WARNING:** Be cautious when seeking financial assistance, a loan modification or any other agreement to cure or work out the default. Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance. You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

**Counseling**
HUD approved home ownership counseling may be available to you. You should call 800-569-4287 or TDD 800-877-8339, or go to HUD's website at www.hud.gov to find the HUD-approved housing counseling agency nearest you or review the attached list of housing counseling agencies within the State of Maine.

**Servicemembers Civil Relief Act (SCRA)**
SPS is committed to home ownership assistance for active servicemembers and veterans of the United States military. You may be entitled to certain protections under the federal Servicemembers Civil Relief Act (50 U.S.C. 3901 et seq.) regarding your interest rate and the risk of foreclosure if you are a servicemember or a dependent of a servicemember. Counseling for covered servicemembers is available at agencies such as Military OneSource (800-342-9647 or www.militaryonesource.mil) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil). Note: your state may have more expansive eligibility criteria than below.  Please contact us as soon as possible if you have any questions or believe you may be eligible.

Eligible service may include, but is not limited to:

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Space Force, Marine Corps and Coast Guard), or
- Reserve and National Guard personnel who have been activated and are on Federal active duty, or
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds, or
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration, or
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

Please send written notice of military service as soon as possible to:

Select Portfolio Servicing, Inc.
PO Box 65250 Salt Lake City, UT 84165-0250

If you have questions regarding eligibility and application requirements, please call us at 800-258-8602.



**Your Rights**

If you wish to dispute your delinquency or amount required to Cure the Default, you may do so by providing a written dispute to SPS at the following address:

Select Portfolio Servicing, Inc.
PO Box 65277 Salt Lake City, UT 84165-0277

You may call SPS at our toll free number 800-258-8602 to discuss your dispute. However, to protect your rights under federal law, you will need to provide written notice to SPS if you believe that your dispute is unresolved.

You also have the right to reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the Security Instrument; 3) pay all of noteholder's reasonable expenses in enforcing the Security Instrument including, for example, reasonable attorney's fees; and 4) do whatever noteholder reasonably requires to assure that noteholder's rights in the subject property, noteholder's rights under the Security Instrument, and your obligations under the note and Security Instrument remain unchanged.  If you meet these requirements, you will be restored to all rights under the Security Instrument as though the default had not occurred. Also, you will have the right to have the enforcement of the Security Instrument discontinued and to have the note and the Security Instrument remain fully effective as if immediate payment in full had never been required. You will have this right at any time before the earliest of; (a) five days before sale of the property under any power of sale granted by the Security Instrument; (b) another period as applicable law might specify for the termination of your right to have enforcement of the loan stopped; or (c) a judgment has been entered enforcing your Security Instrument. SPS requires that you pay reinstatement amounts in certified funds. Certified funds include a bank wire, cashier's bank check, attorney trust account check, title or escrow company check, or Western Union Quick Collect. Please contact SPS at 800-635-9698 for instructions on submitting these funds. If you reinstate, the Security Instrument shall remain fully effective as if no foreclosure action had started.

You have the right to take legal action to defend a foreclosure if you claim that the loan is not in default or if you believe that you have any other defense to the foreclosure.

**You have options to avoid foreclosure. THE TIME TO ACT IS NOW. Please call us at 800-635-9698.**

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

# HUD Housing Counseling Agencies located in MAINE

| AGENCY INFORMATION | COUNSELING SERVICES | LANGUAGES |
|---|---|---|
| **AVESTA HOUSING DEVELOPMENT CORPORATION**<br>Address: 307 Cumberland Avenue, Portland, Maine, 04101-4920<br>Phone: (207) 553-7777<br>Email:<br>Website: www.avestahousing.org<br>Agency ID: 81144<br>Counseling Method: Group Counseling, Internet Counseling,<br>Other Counseling, Phone Counseling,<br>Video Conference, Face to Face Counseling, | Mortgage Delinquency and Default Resolution Counseling<br>Pre-Purchase Counseling<br>Pre-Purchase Homebuyer Education Workshops<br>Financial Management/Budget Counseling<br>Rental Housing Counseling<br>Rental Housing Workshops<br>Non-Delinquency Post Purchase Workshops<br>Home Improvement and Rehabilitation Counseling | English |
| **COASTAL ENTERPRISES, INCORPORATED**<br>Address: 30 Federal Street, BRUNSWICK, Maine, 04011-1510<br>Phone: (207) 504-5900<br>Email: jason.thomas@ceimaine.org<br>Website: http://www.ceimaine.org<br>Agency ID: 80985<br>Counseling Method: Internet Counseling, Phone Counseling,<br>Face to Face Counseling, | Mortgage Delinquency and Default Resolution Counseling<br>Pre-Purchase Counseling<br>Pre-Purchase Homebuyer Education Workshops<br>Financial Management/Budget Counseling<br>Fair Housing Pre-Purchase Education Workshops<br>Services for Homeless Counseling<br>Predatory Lending Education Workshops<br>Rental Housing Counseling<br>Reverse Mortgage Counseling<br>Non-Delinquency Post Purchase Workshops<br>Home Improvement and Rehabilitation Counseling | English<br>Spanish |
| **COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE**<br>Address: 17 Market Sq, South Paris, Maine, 04281-1533<br>Phone: (207) 333-6419<br>Email: homequest@community-concepts.org<br>Website: https://www.ccimaine.org/<br>Agency ID: 81580<br>Counseling Method: Group Counseling, Internet Counseling,<br>Phone Counseling, Video Conference,<br>Face to Face Counseling, | Mortgage Delinquency and Default Resolution Counseling<br>Pre-Purchase Counseling<br>Pre-Purchase Homebuyer Education Workshops<br>Financial Management/Budget Counseling<br>Financial, Budgeting, and Credit Workshops<br>Fair Housing Pre-Purchase Education Workshops<br>Rental Housing Counseling<br>Resolving/Preventing Mortgage Delinquency Workshops | English |
| **FOUR DIRECTIONS DEVELOPMENT CORPORATION**<br>Address: 20 Godfrey Dr, Orono, Maine, 04473-3610<br>Phone: (207) 866-6545<br>Email: rmaynard@fourdirectionsmaine.org<br>Website: http://www.fourdirectionsmaine.org<br>Agency ID: 83879<br>Counseling Method: Group Counseling, Internet Counseling,<br>Phone Counseling, Video Conference,<br>Face to Face Counseling, | Pre-Purchase Counseling<br>Pre-Purchase Homebuyer Education Workshops<br>Financial Management/Budget Counseling<br>Financial, Budgeting, and Credit Workshops<br>Non-Delinquency Post Purchase Workshops<br>Home Improvement and Rehabilitation Counseling | English |
| **KENNEBEC VALLEY COMMUNITY ACTION PROGRAM**<br>Address: 101 Water St, Waterville, Maine, 04901-6339<br>Phone: (207) 859-1500<br>Email: housing@kvcap.org<br>Website: http://www.kvcap.org<br>Agency ID: 81685<br>Counseling Method: Internet Counseling, Phone Counseling,<br>Face to Face Counseling, | Mortgage Delinquency and Default Resolution Counseling<br>Pre-Purchase Counseling<br>Pre-Purchase Homebuyer Education Workshops<br>Financial Management/Budget Counseling<br>Rental Housing Counseling<br>Non-Delinquency Post Purchase Workshops<br>Resolving/Preventing Mortgage Delinquency Workshops | English |
| **PENQUIS COMMUNITY ACTION PROGRAM**<br>Address: 262 Harlow St, Bangor, Maine, 04401-4952<br>Phone: (207) 973-3500<br>Email: info@penquis.org<br>Website: http://www.penquis.org<br>Agency ID: 81649<br>Counseling Method: Phone Counseling, | Mortgage Delinquency and Default Resolution Counseling<br>Pre-Purchase Counseling<br>Pre-Purchase Homebuyer Education Workshops<br>Financial, Budgeting, and Credit Workshops | English |
| **WALDO COMMUNITY ACTION PARTNERS**<br>Address: 9 Field St, Belfast, Maine, 04915-6661<br>Phone: (207) 338-6809 Ext: 1010<br>Email: htays@waldocap.org<br>Website: http://www.waldocap.org<br>Agency ID: 90778<br>Counseling Method: Group Counseling, Internet Counseling, Phone<br>Counseling, Video Conference, Face to Face Counseling, | Mortgage Delinquency and Default Resolution Counseling<br>Pre-Purchase Counseling<br>Pre-Purchase Homebuyer Education Workshops<br>Rental Housing Counseling | English |



LR986 3969

0030615645

# USPS Tracking®

**FAQs ❯**

**Remove ✕**

Tracking Number:

## 92148901076432220370176

Copy      Add to Informed Delivery
(https://informeddelivery.usps.com/)

## Latest Update

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Moving Through Network
**In Transit to Next Facility, Arriving Late**

September 3, 2025

**Arrived at USPS Regional Destination Facility**
SOUTHERN ME DISTRIBUTION CENTER
August 29, 2025, 11:37 am

**Departed USPS Regional Facility**
SALT LAKE CITY UT DISTRIBUTION CENTER
August 28, 2025, 12:50 am

**Arrived at USPS Regional Origin Facility**
SALT LAKE CITY UT DISTRIBUTION CENTER
August 27, 2025, 1:36 pm

**Accepted at USPS Origin Facility**
WEST VALLEY CITY, UT 84119
August 27, 2025, 12:21 pm



• **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| Return Receipt Electronic | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs